# United States Court of Appeals
## For the First Circuit

No. 25-1495

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General for the People of Michigan; DISTRICT OF COLUMBIA; SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in their official capacity as Secretary of the US Department of Education; DONALD J. TRUMP, President of the United States; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

### ORDER OF COURT

Entered: May 23, 2025
Pursuant to 1st Cir. R. 27.0(d)

The court is in receipt of defendants-appellants' Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay. Plaintiffs-appellees shall file their response no later than 5:00 p.m. on Sunday, May 25, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Katherine B. Dirks, Rabia Muqaddam, Nathaniel J. Hyman, Ester Murdukhayeva, Molly Thomas-Jensen, Matthew William Grieco, Jessica L. Palmer, Gina Bull, Anna Esther Lumelsky, Elizabeth C. Carnes Flynn, Yael Shavit, David Dana Day, Kalikoonalani Diara Fernandes, Caityn Babington Carpenter, Ewan Christopher Rayner, Lucia Choi, James Edward Stanley, Natasha Adriana Reyes, Panchalam Seshan Srividya, Clinten N. Garrett, David Moskowitz, Patrick Ring, Kathleen M. Roberts, Karyn L. Bass Ehler, Sean D. Magenis, Keith Jamieson, Elizabeth C. Kramer, Heidi Parry Stern, Amanda I. Morejon, Andrew Simon, Elleanor H. Chin, Kathryn Gradowski, Spencer Wade Coates, Cristina Sepe, Charlotte Gibson, Jonathan T. Rose, Donald Campbell Lockhart, Mark R. Freeman, Melissa N. Patterson, Steven A. Myers, Brad P. Rosenberg, Michael Benjamin Bruns, Neil Giovanatti, Kathleen Ann Halloran, Steve W. Berman, Raffi Melanson, Stephanie Verdoia, Abigail Pershing, Breanna Van Engelen, Dana A. Abelson, John Grant, Victoria S. Nugent, Rachel F. Homer, Elena Goldstein, Adnan Perwez, Kali J. Schellenberg, Will Bardwell