# United States Court of Appeals
## For the First Circuit

Nos. 25-1495
      25-1500

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General for the People of Michigan; DISTRICT OF COLUMBIA; SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in their official capacity as Secretary of the US Department of Education; DONALD J. TRUMP, President of the United States; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

Before

Barron, Chief Judge,
Kayatta, and Rikelman, Circuit Judges.

**ORDER OF COURT**

Entered: May 27, 2025

    These are consolidated appeals from an order granting a preliminary injunction on May 22, 2025, in the District Court for the District of Massachusetts. We have jurisdiction under 28 U.S.C.

§ 1292(a). Defendant-Appellants have filed in this court an "Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay" (the "Motion"). The Motion contains two requests; the sole request we address in this order is the request for an administrative stay.

After careful review, we conclude that Defendant-Appellants have not met their burden to show the need for an immediate administrative stay. See United States v. Texas, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (discussing considerations relevant to administrative stays); New York v. Trump, No. 25-1138, 2025 WL 455494 (1st Cir. Feb. 11, 2025) (denying without prejudice a request for an administrative stay). Accordingly, the request for an immediate administrative stay is denied. We intend to rule on the request for a stay pending appeal promptly.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Katherine B. Dirks
Rabia Muqaddam
Nathaniel J. Hyman
Ester Murdukhayeva
Molly Thomas-Jensen
Matthew William Grieco
Jessica L. Palmer
Gina Bull
Anna Esther Lumelsky
Elizabeth C. Carnes Flynn
Yael Shavit
David Dana Day
Kalikoonalani Diara Fernandes
Caityn Babington Carpenter
Ewan Christopher Rayner
Lucia Choi
James Edward Stanley
Natasha Adriana Reyes
Panchalam Seshan Srividya
Clinten N. Garrett
David Moskowitz
Patrick Ring
Kathleen M. Roberts
Sarah A. Hunger
Karyn L. Bass Ehler
Sean D. Magenis
Keith Jamieson
Elizabeth C. Kramer

Heidi Parry Stern
Amanda I. Morejon
Andrew Simon
Elleanor H. Chin
Kathryn Gradowski
Spencer Wade Coates
Cristina Sepe
Charlotte Gibson
Jonathan T. Rose
Donald Campbell Lockhart
Mark R. Freeman
Melissa N. Patterson
Steven A. Myers
Brad P. Rosenberg
Michael Benjamin Bruns
Neil Giovanatti
Kathleen Ann Halloran
Steve W. Berman
Raffi Melanson
Stephanie Verdoia
Abigail Pershing
Breanna Van Engelen
Dana A. Abelson
John Grant
Victoria S. Nugent
Rachel F. Homer
Elena Goldstein
Adnan Perwez
Kali J. Schellenberg
Will Bardwell