# United States Court of Appeals
## For the First Circuit

_____

No. 25-1495

SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,

Plaintiffs, Appellees,

v.

LINDA MARIE MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF EDUCATION,

Defendants, Appellants.

_____

No. 25-1500

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General of Michigan; DISTRICT OF COLUMBIA,

Plaintiffs, Appellees,

v.

LINDA MARIE MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF EDUCATION,

Defendants, Appellants.

_____

## ORDER OF COURT
Entered: June 4, 2025

Consistent with the opinion issued this day, the appellants' motion for a stay is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Myong J. Joun, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Rabia Muqaddam, Ester Murdukhayeva, Molly Thomas-Jensen, Matthew William Grieco, Gina Bull, Katherine B. Dirks, Anna Esther Lumelsky, Elizabeth C. Carnes Flynn, Nathaniel J. Hyman, Yael Shavit, David Dana Day, Kalikoonalani Diara Fernandes, Caityn Babington Carpenter, Ewan Christopher Rayner, Michael Louis Newman, Lucia Choi, James Edward Stanley, Natasha Adriana Reyes, Panchalam Seshan Srividya, Clinten N. Garrett, Haleigh Crawford, David Moskowitz, Patrick Ring, Vanessa L. Kassab, Ian R. Liston, Katharine M. Roberts, Sarah A. Hunger, Karyn L. Bass Ehler, Sean D. Magenis, Keith Jamieson, Elizabeth C. Kramer, Joseph Robert Richie, Heidi Parry Stern, Amanda I. Morejon, Jessica L. Palmer, Andrew Simon, Robert A. Koch, Elleanor H. Chin, Kathryn Gradowski, Spencer Wade Coates, Cristina Sepe, Charlotte Gibson, Jonathan T. Rose, Donald Campbell Lockhart, Rayford A. Farquhar, Mark R. Freeman, Abraham R. George, Melissa N. Patterson, Steven A. Myers, Brad P. Rosenberg, Michael Benjamin Bruns, Neil Giovanatti, Kathleen Ann Halloran, Andrew C. Mendrala, Steve W. Berman, Raffi Melanson, Stephanie Verdoia, Abigail Pershing, Breanna Van Engelen, Dana A. Abelson, John Grant, Victoria S. Nugent, Rachel F. Homer, Elena Goldstein, Adnan Perwez, Kali J. Schellenberg, Will Bardwell, Mark Samburg, Patrick N. Strawbridge