# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1495, 25-1500    **Short Title:** State of New York v. McMahon

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  5/22/25
   2. Date this notice of appeal filed  5/22/25
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain  Preliminary injunction, see 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  See attached docket sheet, listing all adverse parties and attorney information to the best of our knowledge.
      Attorney _____
      Address _____
      Telephone _____

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  Linda Marie Mc.Mahon; Donald J. Trump; U.S. Department of Education
      Address  McMahon/Education: 400 Maryland Ave. SW, Washington DC; President: 1600 Pennsylvania Ave. NW, Washington DC
      Telephone _____

      Attorney's name  Mark R. Freeman; Melissa N. Patterson; Steven A. Myers
      Firm  U.S. Department of Justice, Civil Division, Appellate Staff
      Address  950 Pennsylvania Ave. NW, Washington DC 20530
      Telephone  202 305 8648

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Steven A. Myers
Date  6/5/25

6/5/25, 9:44 AM                                                           25-1495 Docket

**General Docket**
**United States Court of Appeals for the First Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1495 | **Docketed:** 05/22/2025 |
| **Nature of Suit:** 2899 Other Statutes | |
| State of New York, et al v. McMahon, et al | |
| **Appeal From:** District of Massachusetts, Boston | |
| **Fee Status:** filing fee waived | |

**Case Type Information:**
  1) civil
  2) US a party civil case
  3) other statutes

---

STATE OF NEW YORK
Plaintiff - Appellee

Gina Bull
Direct: 646-574-2180
[NTC Government - Other]
NYS Office of the Attorney General
28 Liberty St
23rd Fl
New York, NY 10005

Matthew William Grieco
Direct: 212-416-8014
Fax: 212-416-8962
[COR NTC Government - Other]
NYS Office of the Attorney General
28 Liberty St
23rd Fl
New York, NY 10005

Rabia Muqaddam
Direct: 212-416-8883
[NTC Government - Other]
NYS Office of the Attorney General
28 Liberty St
23rd Fl
New York, NY 10005

Ester Murdukhayeva
Direct: 212-416-6279
[COR NTC Government - Other]
NYS Office of the Attorney General
28 Liberty St
23rd Fl
New York, NY 10005

Molly Thomas-Jensen
Direct: 212-416-8679
[NTC Government - Other]
NYS Office of the Attorney General
28 Liberty St
23rd Fl
New York, NY 10005

COMMONWEALTH OF MASSACHUSETTS
Plaintiff - Appellee

Elizabeth C. Carnes Flynn
Direct: 617-963-2820
Fax: 617-727-5785
[NTC Government - Other]
MA Attorney General's Office
1 Ashburton Pl
20th Fl
Boston, MA 02108-0000

Katherine B. Dirks
Direct: 617-963-2277
[NTC Government - Other]
MA Attorney General's Office

1 Ashburton Pl
20th Fl
Boston, MA 02108-0000

Nathaniel J. Hyman
Direct: 617-963-2514
[COR NTC Government - Other]
MA Attorney General's Office
1 Ashburton Pl
20th Fl
Boston, MA 02108-0000

Anna Esther Lumelsky
Direct: 617-963-2334
[COR NTC Government - Other]
MA Attorney General's Office
1 Ashburton Pl
20th Fl
Boston, MA 02108-0000

Yael Shavit
Direct: 617-963-2197
[NTC Government - Other]
MA Attorney General's Office
1 Ashburton Pl
20th Fl
Boston, MA 02108-0000

| | |
|---|---|
| STATE OF HAWAII<br>Plaintiff - Appellee | Caityn Babington Carpenter<br>Direct: 808-586-1360<br>[NTC Government - Other]<br>425 Queen St<br>Honolulu, HI 96813<br><br>David Dana Day<br>Direct: 808-586-1346<br>[COR NTC Government - Other]<br>Dept of the Attorney General<br>425 Queen St<br>Honolulu, HI 96813-0000<br><br>Kalikoonalani Diara Fernandes<br>Direct: 808-586-1360<br>[COR NTC Government - Other]<br>Dept of the Attorney General<br>425 Queen St<br>Honolulu, HI 96813-0000<br><br>Ewan Christopher Rayner<br>Direct: 808-586-1387<br>[NTC Government - Other]<br>Dept of the Attorney General<br>425 Queen St<br>Honolulu, HI 96813-0000 |
| STATE OF CALIFORNIA<br>Plaintiff - Appellee | Lucia Choi<br>Direct: 213-269-6364<br>[NTC Government - Other]<br>CA Attorney General's Office<br>300 S Spring St<br>Ste 1702<br>Los Angeles, CA 90013<br><br>Michael Louis Newman<br>Direct: 213-269-6280<br>Fax: 213-897-7605<br>[NTC Government - Other]<br>CA Attorney General's Office<br>300 S Spring St<br>Ste 1702 |

Los Angeles, CA 90013

Natasha Adriana Reyes
Direct: 213-269-6000
[NTC Government - Other]
CA Attorney General's Office
300 S Spring St
Ste 1702
Los Angeles, CA 90013

Panchalam Seshan Srividya
Direct: 213-269-6496
Fax: 213-897-2801
[NTC Government - Other]
CA Attorney General's Office
300 S Spring St
Ste 1702
Los Angeles, CA 90013

James Edward Stanley
Direct: 916-210-6475
[COR NTC Government - Other]
CA Attorney General's Office
Office of the Solicitor General
Civil Rights Enforce
1300 I St
Sacramento, CA 95814

| | |
|---|---|
| STATE OF ARIZONA<br>Plaintiff - Appellee | Haleigh Crawford<br>[NTC Government - Other]<br>AZ Attorney General's Office<br>2005 N Central Ave<br>Phoenix, AZ 85004<br><br>Clinten N. Garrett<br>Direct: 602-542-5631<br>[NTC Government - Other]<br>AZ Attorney General's Office<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
| STATE OF COLORADO<br>Plaintiff - Appellee | David Moskowitz<br>Direct: 720-508-6784<br>[COR NTC Government - Other]<br>Office of the Attorney General<br>1300 Broadway<br>10th Fl<br>Denver, CO 80203 |
| STATE OF CONNECTICUT<br>Plaintiff - Appellee | Patrick Ring<br>Direct: 860-808-5204<br>Fax: 860-772-1709<br>[NTC Government - Other]<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106 |
| STATE OF DELAWARE<br>Plaintiff - Appellee | Vanessa L. Kassab<br>Direct: 302-683-8881<br>[NTC Government - Other]<br>DE Dept of Justice<br>820 N French St<br>Wilmington, DE 19801-0000<br><br>Ian R. Liston<br>Direct: 302-683-8875<br>[NTC Government - Other]<br>DE Dept of Justice<br>820 N French St<br>Wilmington, DE 19801-0000 |

| | |
|---|---|
| STATE OF ILLINOIS<br>Plaintiff - Appellee | Karyn L. Bass Ehler<br>Direct: 773-590-7864<br>[NTC Government - Other]<br>IL Attorney General's Office<br>115 S LaSalle St<br>23rd Fl<br>Chicago, IL 60603<br><br>Sarah A. Hunger<br>Direct: 312-814-5202<br>[COR NTC Government - Other]<br>IL Attorney General's Office<br>115 S LaSalle St<br>23rd Fl<br>Chicago, IL 60603<br><br>Katharine M. Roberts<br>[NTC Government - Other]<br>IL Attorney General's Office<br>115 S LaSalle St<br>23rd Fl<br>Chicago, IL 60603 |
| STATE OF MAINE<br>Plaintiff - Appellee | Sean D. Magenis<br>Direct: 207-626-8830<br>[NTC Government - Other]<br>ME Attorney General's Office<br>6 State House Station<br>Augusta, ME 04333-0006 |
| STATE OF MARYLAND<br>Plaintiff - Appellee | Keith Jamieson<br>Direct: 410-576-6960<br>[COR NTC Government - Other]<br>Office of the Attorney General<br>200 St Paul Pl<br>Baltimore, MD 21202-0000 |
| STATE OF MINNESOTA<br>Plaintiff - Appellee | Elizabeth C. Kramer<br>Direct: 651-757-1010<br>[NTC Government - Other]<br>MN Attorney General's Office<br>445 Minnesota St<br>Ste 600<br>St Paul, MN 55101<br><br>Joseph Robert Richie<br>Direct: 651-300-0921<br>Fax: 651-282-5832<br>[COR NTC Government - Other]<br>MN Attorney General's Office<br>445 Minnesota St<br>Ste 600<br>St. Paul, MN 55101 |
| STATE OF NEVADA<br>Plaintiff - Appellee | Heidi Parry Stern<br>Direct: 702-486-3594<br>[NTC Government - Other]<br>NV Attorney General's Office<br>1 State of Nevada Way<br>Ste 100<br>Las Vegas, NV 89119 |
| STATE OF NEW JERSEY<br>Plaintiff - Appellee | Amanda I. Morejon<br>Direct: 609-696-5279<br>[NTC Government - Other]<br>NJ Attorney General's Office<br>124 Halsey St.<br>5th Fl<br>Newark, NJ 07101-0000 |

|  |  |
|---|---|
|  | Jessica L. Palmer<br>Direct: 609-696-4607<br>[NTC Government - Other]<br>NJ Attorney General's Office<br>25 Market St<br>Trenton, NJ 08625 |
|  | Andrew Simon<br>[NTC Retained]<br>NJ Attorney General's Office<br>124 Halsey St.<br>5th Fl<br>Newark, NJ 07101-0000 |
| STATE OF OREGON<br>Plaintiff - Appellee | Elleanor H. Chin<br>[NTC Government - Other]<br>162 Court St NE<br>Salem, OR 97301 |
|  | Robert A. Koch<br>Direct: 503-378-4402<br>Fax: 503-378-6306<br>[COR NTC Government - Other]<br>OR Attorney General's Office<br>Appellate Div<br>1162 Court St NE<br>Salem, OR 97301-0000 |
| STATE OF RHODE ISLAND<br>Plaintiff - Appellee | Kathryn Gradowski<br>Direct: 401-274-4400<br>[COR NTC Government - Other]<br>RI Attorney General's Office<br>150 S Main St<br>Providence, RI 02903-0000 |
| STATE OF WASHINGTON<br>Plaintiff - Appellee | Spencer Wade Coates<br>Direct: 206-287-4173<br>[COR NTC Government - Other]<br>WA State Attorney General's Office<br>800 5th Ave<br>Ste 2000<br>Seattle, WA 98104 |
|  | Cristina Sepe<br>Direct: 360-753-7085<br>[NTC Government - Other]<br>Office of the Attorney General<br>1125 Washington St SE<br>PO Box 40100<br>Olympia, WA 98504-0100 |
| STATE OF WISCONSIN<br>Plaintiff - Appellee | Charlotte Gibson<br>Direct: 608-266-7656<br>[NTC Retained]<br>WI Dept of Justice<br>17 W Main St<br>PO Box 7857<br>Madison, WI 53707-7857 |
| STATE OF VERMONT<br>Plaintiff - Appellee | Jonathan T. Rose<br>Direct: 802-828-3171<br>Fax: 802-828-3187<br>[COR NTC Government - Other]<br>VT Attorney General's Office<br>109 State St<br>Montpelier, VT 05609-0000 |

| | |
|---|---|
| DANA NESSEL, Attorney General for the People of Michigan<br>Plaintiff - Appellee | Neil Giovanatti<br>Direct: 517-335-7603<br>Fax: 517-335-1152<br>[NTC Government - Other]<br>MI Dept of Attorney General<br>525 W Ottawa St<br>PO Box 30758<br>Lansing, MI 48909<br><br>Kathleen Ann Halloran<br>Direct: 517-335-7603<br>[NTC Government - Other]<br>MI Dept of Attorney General<br>525 W Ottawa St<br>PO Box 30758<br>Lansing, MI 48909 |
| DISTRICT OF COLUMBIA<br>Plaintiff - Appellee | Andrew C. Mendrala<br>Direct: 202-724-9726<br>[NTC Government - Other]<br>DC Office of the Attorney General<br>400 6th St NW<br>Washington, DC 20001<br><br>Patrick Ring<br>Direct: 860-808-5204<br>[NTC Government - Other]<br>(see above) |
| SOMERVILLE PUBLIC SCHOOLS<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[COR NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043<br><br>Elena Goldstein<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043<br><br>Rachel F. Homer<br>Direct: 202-997-2166<br>[COR NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043<br><br>Victoria S. Nugent<br>Direct: 202-862-1393<br>[COR NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043<br><br>Adnan Perwez<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043<br><br>Mark Samburg<br>[NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043 |

| | |
|---|---|
| | Kali J. Schellenberg<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043 |
| EASTHAMPTON PUBLIC SCHOOLS<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[COR NTC Retained]<br>(see above)<br><br>Elena Goldstein<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above)<br><br>Rachel F. Homer<br>Direct: 202-997-2166<br>[COR NTC Retained]<br>(see above)<br><br>Victoria S. Nugent<br>Direct: 202-862-1393<br>[COR NTC Retained]<br>(see above)<br><br>Adnan Perwez<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above)<br><br>Mark Samburg<br>[NTC Retained]<br>(see above)<br><br>Kali J. Schellenberg<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
| AMERICAN FEDERATION OF TEACHERS<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[COR NTC Retained]<br>(see above)<br><br>Elena Goldstein<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above)<br><br>Rachel F. Homer<br>Direct: 202-997-2166<br>[COR NTC Retained]<br>(see above)<br><br>Victoria S. Nugent<br>Direct: 202-862-1393<br>[COR NTC Retained]<br>(see above)<br><br>Adnan Perwez<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above)<br><br>Mark Samburg<br>[NTC Retained]<br>(see above) |

|  | Kali J. Schellenberg<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
|---|---|
| AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[COR NTC Retained]<br>(see above) |
|  | Elena Goldstein<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
|  | Rachel F. Homer<br>Direct: 202-997-2166<br>[COR NTC Retained]<br>(see above) |
|  | Victoria S. Nugent<br>Direct: 202-862-1393<br>[COR NTC Retained]<br>(see above) |
|  | Adnan Perwez<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
|  | Mark Samburg<br>[NTC Retained]<br>(see above) |
|  | Kali J. Schellenberg<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[COR NTC Retained]<br>(see above) |
|  | Elena Goldstein<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
|  | Rachel F. Homer<br>Direct: 202-997-2166<br>[COR NTC Retained]<br>(see above) |
|  | Victoria S. Nugent<br>Direct: 202-862-1393<br>[COR NTC Retained]<br>(see above) |
|  | Adnan Perwez<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
|  | Mark Samburg<br>[NTC Retained]<br>(see above) |
|  | Kali J. Schellenberg<br>Direct: 202-448-9090 |

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above) |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[COR NTC Retained]<br>(see above)<br><br>Elena Goldstein<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above)<br><br>Rachel F. Homer<br>Direct: 202-997-2166<br>[COR NTC Retained]<br>(see above)<br><br>Victoria S. Nugent<br>Direct: 202-862-1393<br>[COR NTC Retained]<br>(see above)<br><br>Adnan Perwez<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above)<br><br>Kali J. Schellenberg<br>Direct: 202-448-9090<br>[COR NTC Retained]<br>(see above) |
| SERVICE EMPLOYEES INTERNATIONAL UNION<br>Plaintiff - Appellee | Will Bardwell<br>Direct: 202-773-0490<br>[NTC Federal Government]<br>(see above)<br><br>Elena Goldstein<br>Direct: 202-448-9090<br>[NTC Federal Government]<br>(see above)<br><br>Rachel F. Homer<br>Direct: 202-997-2166<br>[NTC Federal Government]<br>(see above)<br><br>Victoria S. Nugent<br>Direct: 202-862-1393<br>[NTC Federal Government]<br>(see above)<br><br>Adnan Perwez<br>Direct: 202-448-9090<br>[NTC Federal Government]<br>(see above)<br><br>Mark Samburg<br>[NTC Government - Other]<br>(see above)<br><br>Kali J. Schellenberg<br>Direct: 202-448-9090<br>[NTC Federal Government]<br>(see above) |
| v. |  |

| | |
|---|---|
| LINDA MARIE MCMAHON, in their official capacity as Secretary of the US Department of Education<br>Defendant - Appellant | Michael Benjamin Bruns<br>Direct: 202-758-8520<br>[NTC Federal Government]<br>6705 13th Pl NW<br>Washington, DC 20012<br><br>Rayford A. Farquhar<br>[NTC Federal Government]<br>US Attorney's Office<br>1 Courthouse Way<br>Ste 9200<br>Boston, MA 02210<br><br>Mark R. Freeman<br>Direct: 202-514-5714<br>Fax: 202-514-8151<br>[COR NTC Federal Government]<br>US Dept of Justice<br>Civil Division<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001<br><br>Abraham R. George<br>[NTC Federal Government]<br>US Attorney's Office<br>1 Courthouse Way<br>Ste 9200<br>Boston, MA 02210<br><br>Donald Campbell Lockhart<br>Direct: 617-748-3193<br>Fax: 617-748-3969<br>[NTC Federal Government]<br>US Attorney's Office<br>1 Courthouse Way<br>Ste 9200<br>Boston, MA 02210<br><br>Steven A. Myers<br>Direct: 202-305-8648<br>[COR NTC Federal Government]<br>US Dept of Justice<br>Civil Division<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001<br><br>Melissa N. Patterson<br>Direct: 202-514-1201<br>[COR NTC Federal Government]<br>US Dept of Justice<br>Civil Division<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001<br><br>Brad P. Rosenberg<br>Direct: 202-514-3374<br>[NTC Federal Government]<br>US Dept of Justice<br>1100 L St NW<br>Washington, DC 20530 |
| DONALD J. TRUMP, in their official capacity as President of the United States<br>Defendant - Appellant | Michael Benjamin Bruns<br>Direct: 202-758-8520<br>[NTC Federal Government]<br>(see above)<br><br>Rayford A. Farquhar<br>[NTC Federal Government]<br>(see above) |

|  |  |
|---|---|
|  | Mark R. Freeman<br>Direct: 202-514-5714<br>[COR NTC Federal Government]<br>(see above)<br><br>Abraham R. George<br>[NTC Federal Government]<br>(see above)<br><br>Donald Campbell Lockhart<br>Direct: 617-748-3193<br>[NTC Federal Government]<br>(see above)<br><br>Steven A. Myers<br>Direct: 202-305-8648<br>[COR NTC Federal Government]<br>(see above)<br><br>Melissa N. Patterson<br>Direct: 202-514-1201<br>[COR NTC Federal Government]<br>(see above)<br><br>Brad P. Rosenberg<br>Direct: 202-514-3374<br>[NTC Federal Government]<br>(see above) |
| US DEPARTMENT OF EDUCATION<br>Defendant - Appellant | Michael Benjamin Bruns<br>Direct: 202-758-8520<br>[NTC Federal Government]<br>(see above)<br><br>Rayford A. Farquhar<br>[NTC Federal Government]<br>(see above)<br><br>Mark R. Freeman<br>Direct: 202-514-5714<br>[COR NTC Federal Government]<br>(see above)<br><br>Abraham R. George<br>[NTC Federal Government]<br>(see above)<br><br>Donald Campbell Lockhart<br>Direct: 617-748-3193<br>[NTC Federal Government]<br>(see above)<br><br>Steven A. Myers<br>Direct: 202-305-8648<br>[COR NTC Federal Government]<br>(see above)<br><br>Melissa N. Patterson<br>Direct: 202-514-1201<br>[COR NTC Federal Government]<br>(see above)<br><br>Brad P. Rosenberg<br>Direct: 202-514-3374<br>[NTC Federal Government]<br>(see above) |
| ---------------------------- |  |

| | |
|---|---|
| MEMBERS OF CONGRESS<br>Interested Party | Dana A. Abelson<br>Direct: 206-623-7292<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave<br>Ste 2000<br>Seattle, WA 98101<br><br>Steve W. Berman<br>Direct: 206-623-7292<br>Fax: 206-623-0594<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave<br>Ste 2000<br>Seattle, WA 98101<br><br>John Grant<br>Direct: 206-623-7292<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave<br>Ste 2000<br>Seattle, WA 98101<br><br>Raffi Melanson<br>Direct: 617-482-3700<br>Fax: 617-482-3003<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1 Faneuil Hall Sq<br>5th Fl<br>Boston, MA 02109<br><br>Abigail Pershing<br>Direct: 206-623-7292<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave<br>Ste 2000<br>Seattle, WA 98101<br><br>Breanna Van Engelen<br>Direct: 206-623-7292<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave<br>Ste 2000<br>Seattle, WA 98101<br><br>Stephanie Verdoia<br>[NTC Retained]<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Ave<br>Ste 2000<br>Seattle, WA 98101 |
| STATE OF MONTANA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>Consovoy McCarthy PLLC<br>10 Post Office Sq<br>8th Flr S PMB #706<br>Boston, MA 02109 |
| STATE OF ALABAMA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |

| | |
|---|---|
| STATE OF ALASKA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF ARKANSAS<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF FLORIDA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF GEORGIA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF IDAHO<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF INDIANA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF IOWA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF KANSAS<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF LOUISIANA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF MISSISSIPPI<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF MISSOURI<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF OHIO<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF SOUTH CAROLINA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| SOUTH DAKOTA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF TENNESSEE<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF TEXAS<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF UTAH<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |

| | |
|---|---|
| STATE OF WEST VIRGINIA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |
| STATE OF NEVADA<br>Interested Party | Patrick N. Strawbridge<br>[NTC Retained]<br>(see above) |

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General for the People of Michigan; DISTRICT OF COLUMBIA; SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in their official capacity as Secretary of the US Department of Education; DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/05/2025 09:43:46 | | | |
| **PACER Login:** | stevenamyers | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 25-1495 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |