# United States Court of Appeals
## For the First Circuit

Nos. 25-1495
     25-1500

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General for the People of Michigan; DISTRICT OF COLUMBIA; SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in the official capacity as Secretary of the US Department of Education; DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Appellees American Association of University Professors, American Federation of State, County, and Municipal Employees, Council 93, American Federation of Teachers, American Federation of Teachers Massachusetts, Easthampton Public Schools, SEIU, and Somerville Public Schools' unopposed motion to stay briefing pending the court's decision on the motion to remand is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rabia Muqaddam, Ester Murdukhayeva, Molly Thomas-Jensen, Matthew William Grieco, Katherine B. Dirks, Anna Esther Lumelsky, Elizabeth C. Carnes Flynn, Nathaniel J. Hyman, David Dana Day, Kalikoonalani Diara Fernandes, Caitlyn Babington Carpenter, Ewan Christopher Rayner, Michael Louis Newman, James Edward Stanley, Panchalam Seshan Srividya, Clinten N. Garrett, Hayleigh S. Crawford, David Moskowitz, Michael Kenneth Skold, Vanessa L. Kassab, Ian R. Liston, Sarah A. Hunger, Karyn L. Bass Ehler, Katharine Pinckney Roberts, Sean D. Magenis, Keith Jamieson, Elizabeth C. Kramer, Joseph Robert Richie, Heidi Parry Stern, Robert A. Koch, Leigh Salmon, Kathryn Gradowski, Spencer Wade Coates, Cristina Sepe, Jonathan T. Rose, Donald Campbell Lockhart, Rayford A. Farquhar, Eric Dean McArthur, Mark R. Freeman, Abraham R. George, Melissa N. Patterson, Steven A. Myers, Neil Giovanatti, Kathleen Ann Halloran, Steve W. Berman, Raffi Melanson, Abigail Pershing, Victoria S. Nugent, Rachel F. Homer, Elena Goldstein, Adnan Perwez, Kali J. Schellenberg, Will Bardwell, Patrick N. Strawbridge